Complaint - Exhibit D



**La Merced del Pueblo de Chilili**
14 Old Chilili Road, Chilili, NM 87059
(505) 281-4726

DEC 1 2 2013

Juan Sanchez, President
Gilbert Ortiz, Secretary
Alex Gutierrez, Treasurer
Herman John Ortiz, Trustee
Max Gutierrez, Trustee

December 5, 2013

Geoffrey D. Rieder, PC
201 Third Street NW. Suite 1500
P.O. Box 1607
Albuquerque, New México 87103-1607

Dear Mr. Rieder:

This letter is in response to your letter dated November 27, 2013 on the issues of the location agreement with Georgia Film Fund Seventeen Production, LLC. La Merced del Pueblo de Chilili has never said it is not the owner of the land within La Merced del Pueblo de Chilili. If there is someone else claiming the land we have not seen any deed or proof that the land is not Merced land. We feel that we have not violated the agreement with Georgia Film Fund Seventeen production.

We would like to remind you that on the Requirements For Site Filming Within La Merced del Pueblo de Chilili number (6), six states: **Production company shall defend, indemnify and save harmless La Merced del Pueblo de Chilili from and against any and all suits, actions, claims**.

La Merced del Pueblo de Chilili invokes the obligations under number six of the requirement for site filming within La merced del Pueblo de Chilili from any claims against La merced del Pueblo de Chilili to the production company. We hereby request that La Merced del Pueblo de Chilili rights be protected and up held by you.

Con Todo Respecto;

*Juan Sanchez*
President of La Merced
Del Pueblo de Chilili