**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GEORGIA FILM FUND SEVENTEEN
PRODUCTIONS, LLC,

     Plaintiff,

v.                        No. 1:14-CV-0032-KG-KK

JUAN SANCHEZ, individually and as President of the
CHILILI LAND GRANT/LA MERCED DE CHILILI,
the LA MERCED DE PUEBLO O DE CHILILI BOARD
OF TRUSTEES, and PATRICK ELWELL,

     Defendants.

**ORDER DISMISSING ELWELL'S CROSS-CLAIMS**

This matter came before the court on a Motion to Dismiss Elwell's Cross-Claims filed by

Defendants Sanchez and Board of Trustees of the Chilili Land Grant. The court, after

consideration of the motion and Elwell's response, finds the motion to be well taken and should

be granted.

Therefore, the Motion to Dismiss be and hereby is granted. The causes of action

presently asserted in Elwell's Cross-Claims against Defendants Sanchez and Board of Trustees

of the Chilili Land Grant (identified in the Complaint and Cross-Claims as CHILILI LAND

GRANT/LA MERCED DE CHILILI, LA MERCED DE PUEBLO DE CHILILI BOARD OF

TRUSTEES) are dismissed with prejudice. Elwell may file a motion to amend his Cross-Claim

against the Land Grant and Sanchez to assert different causes of action by the deadline set by the

Court for motions to amend.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED & APPROVED:**


By:	___/s/ Narciso Garcia, Jr., LLC_
	NARCISO GARCIA, JR., LLC
	Attorney for Land Grant Defendants
	2033 San Mateo Blvd., N.E.
	Albuquerque, New Mexico  87110
	(505) 265-5010


	FOSTER, RIEDER & JACKSON, P.C.

By:	__Approved as to form only_____
	GEOFFREY RIEDER
	Attorney for Plaintiff
	PO Box 1607
	Albuquerque, NM 87103-1607
	(505) 767-0577

By:	__Approved_____
	RICHARD D. BARISH
	LEONARD G. ESPINOSA
	Attorney for Defendant Elwell
	100 Sun Ave. N.E.,  Suite 204
	Albuquerque, N.M. 87109
	(505) 242-5656