IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGIA FILM FUND SEVENTEEN
PRODUCTIONS, LLC,

        Plaintiff/Counter-Defendant,        No. 1:14-CV-00032-KG-KK

v.

JUAN SANCHEZ, individually and as President of the
CHILILI LAND GRANT/LA MERCED DE CHILILI,
the LA MERCED DE PUEBLO DE CHILILI BOARD
OF TRUSTEES,
        Defendants/Cross-Claim Defendants, and

and PATRICK ELWELL,

        Defendant/Counter-Plaintiff

### CERTIFICATE OF SERVICE OF AMENDED INITIAL DISCLOSURES OF GEORGIA FILM FUND SEVENTEEN PRODUCTIONS, LLC, PLAINTIFF

Plaintiff Georgia Film Fund Seventeen Productions, LLC certifies that it served its Amended Initial Disclosures, together with this Certificate of Service, on the following counsel of record, via email, on February 24, 2015.

        Narciso Garcia
        Narciso Garcia, JR., LLC
        2033 San Mateo Blvd,, N.E.
        Albuquerque, NM 87110
        narcisolaw@aol.com

        **FOSTER, RIEDER & JACKSON, P.C.**

        By:   /s/Geoffrey D. Rieder
              Geoffrey D. Rieder
              Sarah K. Downey
              201 Third Street, NW, Suite 1500
              Albuquerque, NM 87102
              (T) (505)767-0577
              (F) (505) 242-9944
              *Attorneys for Plaintiff Georgia Film Fund*
              *Seventeen Productions, LLC*



EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, a true and correct copy of the foregoing was served electronically by the Clerk on counsel of record.

>Narciso Garcia
>Narciso Garcia, JR., LLC
>2033 San Mateo Blvd,, N.E.
>Albuquerque, NM 87110
>narcisolaw@aol.com

>/S/Geoffrey D. Rieder
>Geoffrey D. Rieder

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGIA FILM FUND SEVENTEEN
PRODUCTIONS, LLC,

        Plaintiff/Counter-Defendant,          No. 1:14-CV-00032-KG-KK

v.

JUAN SANCHEZ, individually and as President of the
CHILILI LAND GRANT/LA MERCED DE CHILILI,
the LA MERCED DE PUEBLO DE CHILILI BOARD
OF TRUSTEES,
        Defendants/Cross-Claim Defendants, and

and PATRICK ELWELL,

        Defendant/Counter-Plaintiff

## AMENDED INITIAL DISCLOSURES OF GEORGIA FILM FUND SEVENTEEN PRODUCTIONS, LLC, PLAINTIFF

Plaintiff Georgia Film Fund Seventeen Productions, LLC, hereby amends its initial disclosures served January 16, 2015 pursuant to Rule 26, as follows:

(a)(1)(A)(iii)   **Categories/computation of damages.**

| | |
|---|---:|
| Rental fee paid to Land Grant: | $35,000 |
| Rehabilitation Fee paid to Land Grant: | $25,000 |
| Amount accepted and to be paid to Ellwell pursuant to offer of judgment: | $35,000 |
| Attorney's fees and costs to date: | $43,641.95 |
| Paul Bardacke Mediation Fee: | $5,458.95 |
| OneBeacon Claims Lawyer Expenses for travel (flight and hotel) | $1200 |
| Total: | $154,100.99 |

**FOSTER, RIEDER & JACKSON, P.C.**

By:   /s/Geoffrey D. Rieder
      Geoffrey D. Rieder
      Sarah K. Downey
      201 Third Street, NW, Suite 1500
      Albuquerque, NM 87102
      (T) (505)767-0577
      (F) (505) 242-9944
      *Attorneys for Plaintiff Georgia Film Fund Seventeen Productions, LLC*