IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGIA FILM FUND SEVENTEEN
PRODUCTIONS, LLC,

       Plaintiff/Counter-Defendant,             No. 1:14-CV-00032-KG-KK

v.

JUAN SANCHEZ, individually and as President of the
CHILILI LAND GRANT/LA MERCED DE CHILILI,
the LA MERCED DE PUEBLO DE CHILILI BOARD
OF TRUSTEES,
       Defendants/Cross-Claim Defendants, and

and PATRICK ELWELL,

       Defendant/Counter-Plaintiff

## STIPULATED DISMISSAL WITH PREJUDICE

The parties through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) Fed.R.Civ.P. hereby stipulate to dismissal with prejudice of this action, including all potential but unasserted claims by the Chilili Land Grant and Juan Sanchez, each party to bear its own costs.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

/s/Geoffrey D. Rieder

_____
Geoffrey D. Rieder
Sarah K. Downey
Foster, Rieder & Jackson
201 Third Street, P.C., NW, Suite 1500
Albuquerque, NM  87102
(505)767-0577
geoff@frjlaw.com

*Attorneys for Plaintiff*

**Submitted by:**

/s/Narciso Garcia, Jr.
_____

Narciso Garcia, Jr.
Garcia Law Office
2033 San Mateo Blvd. NE
Albuquerque, NM  87110
*Attorney for Defendants Sanchez and Chilili Land Grant*

**Submitted by:**

/s/Richard D. Barish
_____

Richard D. Barish
Leonard G. Espinosa
Espinosa & Associates, P.C.
100 Sun Ave., N.E., Sutie 204
Albuquerque, NM  87109
(505) 242-5656
rdb@espinosa-associates.com
*Attorneys for Patrick Elwell*